UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RITA ARAUJO,

        Plaintiff,

    v.

APPLE, INC.,

        Defendant.

Case No.  26-cv-03927-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: May 4, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge